IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES SULTAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:17-CV-00418-MAB |
| | ) |
| STEPHEN DUNCAN, ET AL., | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Amended Complaint, filed on September 25, 2017, Defendants W. Byford, C/O Johnson, E. Clary, Harris, dallis, Wheeler, Taylor, RN Welty, C/O Hough, C/O Hance, and Molenhouer were **TERMINATED** (Doc. 11).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order entered on October 2, 2017, Defendant I/M R. Esther was **DISMISSED with prejudice** (Doc. 13). Defendants Officer Hough, I/A Hance, B.W. Vaughn, C/O Cooper, W. Bayler, LPN Welty, and I/A Molenhouer were **DISMISSED without prejudice**. *Id.*

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order entered on February 11, 2020, Defendant Patricia Potts was **DISMISSED without prejudice** (Doc. 166).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order dated September 14, 2021, the remaining claims against Defendants Stephen Duncan, Lisa Tarr, Brian Keller, Zachary Maxey, Robert Weaver, Christopher Gipson, Darrell Shelby, Chad Jennings, Jason Freeman, William Byford, Kevin T. Johnson, Ethan Clary, Don Harris, Allan Dallon, and Nathan Wheeler were **DISMISSED with prejudice** (Doc. 227)**.** This action as a whole was **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 25(a)(1).

DATED: September 14, 2021

                              **MARGARET M. ROBERTIE,**
                              **Clerk of Court**

                              BY:  /s/ *Jennifer Jones*
                                    **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                  **MARK A. BEATTY**
                  **United States Magistrate Judge**